UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV 23-0212-MWF (MAA)                         Date:  April 3, 2023
Title:  Floyd Eugene Bender, Jr. v. J. Wu, et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER DISMISSING CASE FOR FAILURE TO PAY FULL FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted *in forma pauperis* status. 28 U.S.C. § 1915(b).

On January 6, 2023, Plaintiff, an inmate incarcerated at the Twin Towers Correctional Facility in Los Angeles, filed a Complaint, and on February 16, 2023, filed a request to proceed *in forma pauperis* ("Request"). (Docket Nos. 1, 5). On February 22, 2023, the Court postponed ruling on the Request because Plaintiff failed to provide the required certificate of authorized officer and a certified copy of his prison or jail trust fund statement for the last six months. (Docket No. 7). The Court directed him to refile his Request, including with the missing documentation, or pay the full filing fee. (*Id.*). The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. (*Id.*).

To date Plaintiff has not paid the filing fee, provided the necessary information to determine *in forma pauperis* status, or otherwise responded to the Court's order requiring him to do either.

---

**CIVIL MINUTES—GENERAL**                                                                 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 23-0212-MWF (MAA)            **Date:** April 3, 2023

**Title:** Floyd Eugene Bender, Jr. v. J. Wu, et al.

    Accordingly, Plaintiff's Request is DENIED as incomplete, and this action is DISMISSED without prejudice. *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed to pay full filing fee or file a complete request for *in forma pauperis* status).

    IT IS SO ORDERED.